JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

GREGORY FRANK SPEROW,
Petitioner,
v.
CHARLES WILLIAMS,
Respondent.

Case No. LA CV 14-6913 DMG (JCG)

**JUDGMENT**

IT IS ADJUDGED THAT, for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Order Accepting Report and Recommendation of United States Magistrate Judge, the above-captioned action is **DISMISSED** as follows:

1. Petitioner's claim for prior custody credit – for time spent in custody between the Ninth Circuit's vacatur of his original Oregon sentence and the Oregon District Court's resentencing – is **DISMISSED WITH PREJUDICE**.

2. Petitioner's claims for "22 days of credit for overserved time" and "235 days of vested Good Conduct Time" are **DISMISSED WITHOUT PREJUDICE**.

DATED: March 29, 2016

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE